# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2014

Robert P. Young, Jr.,
Chief Justice

148364 & (17)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 148364
COA: 318128
Clinton CC: 13-009068-FC

JACKIE LAMONT THOMPSON,
       Defendant-Appellant.

_____/

      By order of September 24, 2014, the prosecuting attorney was directed to answer the application for leave to appeal the December 3, 2013 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the conduct of the defendant with the victim prior to the commission of the sentencing offense may be considered when scoring Offense Variable 7, and if so, what evidence may support that scoring. MCL 777.37; *People v McGraw,* 484 Mich 120 (2009). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

p1215